MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>GREGORIO MORENO-VALENCIA AND<br>ALEJANDRO AYALA-ACOSTA,<br><br>              Defendants. | CASE NO. 2:18-MJ-166-KJN<br><br>STIPULATION AND ORDER CONTINUING<br>PRELIMINARY HEARING DATE<br><br>Court: Hon. Kendall J. Newman |

Whereas, plaintiff United States of America and defendants Gregorio Moreno-Valencia and Alejandro Ayala-Acosta desire to postpone the currently set September 11, 2018, at 2:00 p.m., preliminary hearing before United States Magistrate Judge Carolyn K. Delaney to allow the parties to conduct additional investigation and legal research, exchange discovery, and discuss possible pre-indictment resolution of this case,

It is hereby stipulated by and between the United States and each defendant, through their respective counsel, that the presently set September 11, 2018, at 2:00 p.m., preliminary hearing shall,

///

///

///

subject to the approval of the Court, be continued until September 27, 2018, at 2:00 p.m., before United States Magistrate Judge Allison Claire.

Dated: August 30, 2018      */s/ Douglas Beevers*

_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
Gregorio Moreno-Valencia
(per email authorization)

Dated: August 30, 2018      */s/ Todd Leras*

TODD LERAS
Attorney for Defendant
Alejandro Ayala-Acosta
(per email authorization)

Dated: August 30, 2018      MCGREGOR W. SCOTT
United States Attorney

*/s/ Samuel Wong*

By: _____
SAMUEL WONG
Assistant United States Attorney

## ORDER

The Court having received, read, and considered the stipulation of the parties, taking into account the public interest in the prompt disposition of criminal cases, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The Court specifically finds good cause that the preliminary hearing the presently set September 11, 2018, at 2:00 p.m., shall be continued until September 27, 2018, at 2:00 p.m., before United States Magistrate Judge Allison Claire.

It is so ORDERED.

Dated: August 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE